**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Pablo Pantaleon ARENAS–ORTIZ,**
**Defendant–Appellant.**

No. 15–41346
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 20, 2016.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff-Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Houston, Tx, Timothy William Crooks, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, Defendant–Appellant.

Before REAVLEY, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Pablo Pantaleon Arenas–Ortiz raises an argument that is foreclosed by *United States v. Rodriguez–Salazar,* 768 F.3d 437 (5th Cir.2014). In *Rodriguez–Salazar,* we rejected the argument that the Texas offense of theft is broader than the generic, contemporary definition of theft because the Texas offense, which includes theft by deception, may be committed by taking

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

property with the owner's consent. *Rodriguez–Salazar,* 768 F.3d at 437–38. Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.